ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 09 2006
at 11 o'clock and 35 min. a M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA 1460
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff United States
of America

LODGED
JAN 09 2006
9:59 AM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MARK J. DAYTON, Defendant. | CR. NO. 01-0357SOM<br>ORDER FOR DISMISSAL AS TO DEFENDANT; EXHIBIT "1" |

**ORDER FOR DISMISSAL AS TO DEFENDANT**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment returned September 5, 2001 against defendant above-named.

As evidenced by the appended Death Certificate issued by the State of Hawaii (marked as Exhibit "1" and provided to the undersigned by defendant's counsel of record), this defendant

died on September 10, 2005.

DATED: Honolulu, Hawaii, January 5, 2006.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal against defendant above-named.

SUSAN OKI MOLLWAY
CHIEF U.S. DISTRICT JUDGE

United States v. Dayton, Cr. No. 01-0357SOM, Order for Dismissal

copies: United States Marshal
U.S. Drug Enforcement Administration
Assistant Federal Public Defender Pamela Byrne
(Attorney for defendant)