# CERTIFICATE OF DEATH

STATE OF HAWAII
DEPARTMENT OF HEALTH
OFFICE OF HEALTH STATUS MONITORING

STATE FILE NO. 151    06797

| Field | Value |
|---|---|
| 1. DECEASED — FIRST NAME | MARK |
| MIDDLE NAME | J |
| LAST NAME | DAYTON |
| 2. SEX | Male |
| 3. DATE OF DEATH | September 10, 2005 |
| 4a. RACE | Hawaiian, Caucasian    03 |
| 4b. IS PERSON OF SPANISH ORIGIN? | NO.6 X |
| 5a. AGE—LAST BIRTHDAY (Years) | 43 |
| 6. DATE OF BIRTH | June 11, 1962 |
| 7a. COUNTY OF DEATH | Hawaii |
| 7a-1. ISLAND OF DEATH | Hawaii |
| 7b. CITY, TOWN OR LOCATION OF DEATH | Kurtistown |
| 7c. HOSPITAL OR OTHER INSTITUTION NAME | 5212 Road 8 |
| 8. STATE OF BIRTH | Iowa |
| 9. CITIZEN OF WHAT COUNTRY | U.S.A.    58 |
| 10. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED | Married |
| 11. SURVIVING SPOUSE | Jennifer Danford |
| 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 13. SOCIAL SECURITY NUMBER | 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 |
| 14a. USUAL OCCUPATION | Construction Framer    567 |
| 14b. KIND OF BUSINESS OR INDUSTRY | General Contracting    060 |
| 14c. EDUCATION | 12 Years |
| 15a. RESIDENCE-STATE | Hawaii |
| 15b. COUNTY | Hawaii |
| 15c. CITY, TOWN OR LOCATION | Kurtistown |
| 15d. INSIDE CITY LIMITS | No |
| 15e. NUMBER, STREET AND ZIP | 5212 Road 8, 96760 |
| 16. FATHER — FIRST NAME | James |
| MIDDLE NAME | W. |
| LAST NAME | Dayton |
| 17. MOTHER — FIRST NAME | Arlene |
| MAIDEN NAME | Vida |
| 18a. INFORMANT — NAME | Arlene Vida |
| 18b. MAILING ADDRESS | P.O. Box 300, Kurtistown, HI 96760 |
| 19a. BURIAL, CREMATION, REMOVAL | Cremation |
| 19b. CEMETERY OR CREMATORY—NAME | Dodo Mortuary, Inc. |
| 19c. LOCATION CITY OR TOWN / STATE | Hilo, Hawaii |
| 19d. DATE | September 14, 2005 |
| 19e. PERMIT NUMBER | 05-0896 |
| 20a. FUNERAL HOME—NAME | Dodo Mortuary, Inc. |

21a. (Signature and Title) Ralph A. Brown
21b. DATE SIGNED: September 12, 2005
21c. TIME OF DEATH: 4:09 PM

23. NAME AND ADDRESS OF CERTIFIER: Ralph A. Brown, M.D., 311 Kalanianaole Ave., Hilo, HI 96720

24a. REGISTRAR - SIGNATURE: DEPUTY (signed)
24b. DATE RECEIVED BY LOCAL REGISTRAR: SEP 14 2005
24c. DATE FILED BY STATE REGISTRAR: SEP 21 2005

**PART I. DEATH WAS CAUSED BY:**

25. CONDITIONS:
(a) IMMEDIATE CAUSE: Cardiopulmonary Arrest — Minutes
(b) DUE TO: Testicular Cancer — Months

26a. AUTOPSY: No

DEC 19 2005

EXHIBIT 1

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.
STATE REGISTRAR