| LAND COURT | REGULAR SYSTEM |
|---|---|

RETURN BY: MAIL (X)  PICKUP( )  TO:

Pamela Byrne
Assistant Federal Defender
Prince Kuhio Federal Building
Suite 7104 - Box No. 50269
300 Ala Moana Boulevard
Honolulu, Hawaii  96850

## RELEASE OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

THAT SUE BEITIA, CLERK OF COURT, THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII, holder of that certain mortgage dated October 3, 2001, made by Frank Rodriguez Vida and Adeline Zilpha Vida, Co-Trustees of The Vida Family Joint Revocable Living Trust, Keaau, Hawaii, as Mortgagor, recorded in the Bureau of Conveyances of the State of Hawaii as document number 2743298, effecting Transfer of Certificate of Title No. 719,354, does hereby cancel, release and forever discharge said Mortgage together with the bond thereby secured.

IN WITNESS WHEREOF SUE BEITIA, Clerk, the United States District Court for the District of Hawaii, has executed these presents on this 13th day of December, 2006.

by SUE BEITIA
CLERK OF THE COURT
THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

State of Hawaii            )
                           ) ss.
City and County of Honolulu )

On this 13th day of December, 2006, before me appeared SUE BEITIA, Clerk, United States District Court for the District of Hawaii, to me known to be the person described in and who executed the same as his free act and deed.

Eileen Chun Sakoda

Notary Public, State of Hawaii

My Commission Expires: 3-20-2008