# FEDERAL PUBLIC DEFENDER
### District of Hawaii

**Annette M. Metcalf**
**Paralegal Specialist**

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

(808) 541-2521 ♦ Facsimile (808) 541-3545 ♦ Toll free (877) 541-2521

December 12, 2006

Mr. George Bartels
United States District Court Clerks Office
300 Ala Moana Blvd. Room C304
Honolulu, Hawaii 96850

Re: **U.S. v. Mark Dayton**, Cr. No. 01-00357 SOM
**Release of Mortgage**

Dear George:

     I previously submitted a Release of Mortgage in this case several months ago. Unfortunately, the document I submitted then had an incorrect Transfer Certificate of Title number on it. I have corrected the TCT number, and I am submitting this new Release of Mortgage for the Clerk's signature. Enclosed are two Release of Mortgage documents. Please have the Clerk sign two originals, and return them to me.

     If you have any questions, please call me at 541-2521. Thank you for your assistance.

Sincerely,

*Annette M. Metcalf*

ANNETTE M. METCALF
Paralegal Specialist, Federal Public Defender
District of Hawaii

Enclosures